FILED

DEC 1 9 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANSING ZACHARY ROCK ABOVE,<br><br>Defendant. | CR 14-35-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, LANSING ZACHARY ROCK ABOVE is hereby released from the custody of the U.S. Marshals Service.

DATED this 19th day of December, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1